大成 DENTONS

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

**MEMO ENDORSED**

October 13, 2022

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:** _____
**DATE FILED:** 10/14/2022

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Abreu v. Volvik USA Inc.,* Case No. 1:22-cv-03683-ALC

Dear Judge Carter:

We represent Defendant Volvik USA Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from October 13, 2022 to November 28, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:     All counsel of record (by ECF)

Thus case is hereby STAYED in order for the parties to engage in settlement negotiations.  The parties shall file a notice of voluntary dismissal or a joint status report by **11/28/2022**.

SO ORDERED:

*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
10/14/2022